UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wendi A. Pinkerton,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:10–cv–60

Judge Michael H. Watson
Magistrate Judge King

## ORDER

On February 8, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the matter be remanded for further consideration. *Report and Recommendation*, Doc. No. 23. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, *id.*, there has been no objection.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED**. This action is hereby **REMANDED TO THE COMMISSIONER OF SOCIAL SECURITY FOR FURTHER CONSIDERATION**.

Pursuant to Sentence 4 of 42 U.S.C. § 405(g), the Clerk shall enter **FINAL JUDGMENT**.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT